Gregory A. Chaimov, OSB #822180
gregorychaimov@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon  97201-5610
Telephone:  (503) 241-2300
Facsimile:  (503) 778-5299

    Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

AT PORTLAND

| | |
|---|---|
| CITY OF PORTLAND, a municipal corporation,<br><br>               PLAINTIFF,<br><br>  v.<br><br>UBER TECHNOLOGIES, INC., a Delaware corporation, and RASIER, LLC, its wholly owned subsidiary,<br><br>               DEFENDANTS | Case No. 3:14-cv-01958-SI<br><br>**DEFENDANTS' CORPORATE DISCLOSURE STATEMENT** |

    Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for the defendant certifies that defendant Uber Technologies, Inc., a Delaware corporation, has no parent corporation. No publicly-held company owns 10% or more of Uber Technologies, Inc.'s stock.

    Defendant Rasier, LLC is a wholly-owned subsidiary of Uber Technologies, Inc.

    DATED this 9th day of December, 2014.

               **DAVIS WRIGHT TREMAINE LLP**


               By   /s/  Gregory A. Chaimov
                   Gregory A. Chaimov, OSB #822180
                   Telephone: (503) 241-2300
                   Facsimile: (503) 778-5299
                   Email: gregorychaimov@dwt.com

                   Attorneys for Defendant

Page 1 – CORPORATE DISCLOSURE STATEMENT

DWT 25492963v1 0096932-000015

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon  97201-5610
(503) 241-2300 main ∙ (503) 778-5299 fax

# CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing **DEFENDANT'S CORPORATE DISCLOSURE STATEMENT** on:

>Tracey Reeve, OSB #891123
>Portland City Attorney's Office
>1221 SW 4th Ave, Suite 430
>Portland, OR 97204
>Email: tracey.reeve@portlandoregon.gov
>Phone: 503-823-4047
>Fax: 503-823-3089

>Of Attorneys for Plaintiff

☐ by mailing a copy thereof in a sealed, first-class postage prepaid envelope, addressed to said attorney's last-known address and deposited in the U.S. mail at Portland, Oregon on the date set forth below;

☒ by causing a copy thereof to be hand-delivered to said attorney's address as shown above on the date set forth below;

☐ by sending a copy thereof via overnight courier in a sealed, prepaid envelope, addressed to said attorney's last-known address on the date set forth below;

☐ by faxing a copy thereof to said attorney at his/her last-known facsimile number on the date set forth below; or

☐ by emailing a copy thereof to said attorney at his/her last-known email address as set forth above.

Dated this 9th day of December, 2014.

DAVIS WRIGHT TREMAINE LLP

By    /s/ Gregory A. Chaimov
Gregory A. Chaimov, OSB #822180
Telephone: (503) 241-2300
Facsimile: (503) 778-5299
Email: gregorychaimov@dwt.com

Attorneys for Defendant

Page 1 - CERTIFICATE OF SERVICE

DWT 25492963v1 0096932-000015

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon 97201-5610
(503) 241-2300 main · (503) 778-5299 fax