TRACY REEVE, Oregon State Bar ID Number 891123
City Attorney
Email:  Tracy.Reeve@portlandoregon.gov
J. SCOTT MOEDE, Oregon State Bar ID Number 934816
Chief Deputy City Attorney
Email:  Scott.Moede@portlandoregon.gov
Kenneth A. McGair, Oregon State Bar ID Number 990148
Senior Deputy City Attorney
Email:  Ken.McGair@portlandoregon.gov
Office of City Attorney
1221 SW Fourth Avenue, Room 430
Portland, OR  97204
Tele:  503-823-4047
Fax:   503-823-3089
*Of Attorneys for Plaintiff City of Portland*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **CITY OF PORTLAND,** a municipal corporation of the State of Oregon,<br><br>**PLAINTIFF,**<br><br>v.<br><br>**UBER TECHNOLOGIES, INC.,** a Delaware corporation, and **RASIER, LLC,** its wholly owned subsidiary**,**<br><br>**DEFENDANTS.** | 3:14-cv-01958-SI<br><br>**DECLARATION OF RACHAEL WIGGINS**<br>(In Support of Plaintiff' Motion for a Temporary Restraining Order and Preliminary Injunction. |

I, Rachael Wiggins, make this declaration in support of Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction.

1. I am employed as a Policy Assistant for the Mayor of the City of Portland, Oregon.

2. Attached to this declaration as Exhibit A is a true and accurate copy of an email received by the Mayor's Senior Policy Director Josh Alpert from Brooke Steger, Uber General

Page  1  –    DECLARATION OF RACHAEL WIGGINS

Manager, dated December 6, 2014, at 10:56 a.m.  This is a business record kept in the ordinary court of the City's business.

**I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.**

DATED: December 10, 2014.

                                              *s/ Rachel Wiggins*
                                              Rachael Wiggins