TRACY REEVE, Oregon State Bar ID Number 891123
City Attorney
Email:  Tracy.Reeve@portlandoregon.gov
J. SCOTT MOEDE, Oregon State Bar ID Number 934816
Chief Deputy City Attorney
Email:  Scott.Moede@portlandoregon.gov
Kenneth A. McGair, Oregon State Bar ID Number 990148
Senior Deputy City Attorney
Email:  Ken.McGair@portlandoregon.gov
Office of City Attorney
1221 SW Fourth Avenue, Room 430
Portland, OR  97204
Tele:  503-823-4047
Fax:   503-823-3089
*Of Attorneys for Plaintiff City of Portland*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **CITY OF PORTLAND,** a municipal corporation of the State of Oregon, <br><br> **PLAINTIFF,** <br><br> v. <br><br> **UBER TECHNOLOGIES, INC.,** a Delaware corporation, and **RASIER, LLC,** its wholly owned subsidiary**,** <br><br> **DEFENDANTS.** | 3:14-cv-01958-SI <br><br> **DECLARATION OF TARA KHOSHBIN** <br> (In Support of Plaintiff' Motion for a Temporary Restraining Order and Preliminary Injunction. |

   I, Tara Khoshbin, make this declaration in support of Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction.

   1.   Attached to this declaration as Exhibit A is a true and accurate copy of an email I received from Uber PDX on December 8, 2014.

   2.   I have had the Uber app on my smart phone since July 2014.

//////

Page  1  –   DECLARATION OF TARA KHOSHBIN

**I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.**

DATED: December 9, 2014.

/s/ Tara Khoshbin_____
Tara Khoshbin