TRACY REEVE, Oregon State Bar ID Number 891123
City Attorney
Email: Tracy.Reeve@portlandoregon.gov
J. SCOTT MOEDE, Oregon State Bar ID Number 934816
Chief Deputy City Attorney
Email: Scott.Moede@portlandoregon.gov
Kenneth A. McGair, Oregon State Bar ID Number 990148
Senior Deputy City Attorney
Email: Ken.McGair@portlandoregon.gov
Office of City Attorney
1221 SW Fourth Avenue, Room 430
Portland, OR  97204
Tele:  503-823-4047
Fax:   503-823-3089
*Of Attorneys for Plaintiff City of Portland*

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **CITY OF PORTLAND,** a municipal corporation of the State of Oregon, | 3:14-cv-01958-SI |
| **PLAINTIFF,** | **DECLARATION OF NENA BAKER** (In Support of Plaintiff' Motion for a Temporary Restraining Order and Preliminary Injunction. |
| v. | |
| **UBER TECHNOLOGIES, INC.,** a Delaware corporation, and **RASIER, LLC,** its wholly owned subsidiary**,** | |
| **DEFENDANTS.** | |

I, Nena Baker, make this declaration in support of Plaintiff's Motion for a Temporary

Restraining Order and Preliminary Injunction.

    1.    I am employed under a temporary contract as a private investigator for the City of

Portland.

Page  1  –    DECLARATION OF NENA BAKER

2. On December 9, 2014, I used an iPhone and the Uber application to hail an Uber driver to the location of 917 SW Oak Street, Portland, Oregon 97205 at approximately 12:24 p.m. The driver arrived at approximately 12:29 p.m. for the pickup.

3. The driver picked me up in a Dodge Charger. The Dodge Charger did not look like a cab or a limo, it was just a regular car with nothing posted or displayed, either in, on or outside the car.

4. The driver took me to 2508 SE Clinton, Portland, Oregon 97202 at approximately 12:39 p.m. The trip lasted about 10 minutes and cost $10.42.

5. The driver told me that Uber sent him a large "U" decal, but he said it was optional and he did not see a reason to put it on his vehicle.

6. The driver told me that the model of the car and the license plate number are sent to the customer prior to the pickup.

7. On December 9, 2014, I again used an iPhone and the Uber application to hail an Uber driver to the location of SE 26th and Clinton, Portland, OR 97202. The driver arrived at approximately 1:45 p.m. for the pickup.

8. The driver picked me up in a Dodge Durango. The Dodge Durango did not look like a cab or a limo, it was just a regular car with nothing posted or displayed, either in, on or outside the car.

9. The driver took me to 917 SW Oak Street, Portland, Oregon 97205 at approximately 1:57 p.m. The trip lasted approximately 10 minutes and cost $10.42.

10. On December 9, 2014, I again used an iPhone and the Uber application to hail an Uber driver to the location of 2417 NE 10th Avenue, Portland, Oregon 97212 at approximately 7:14 p.m. The driver arrived at approximately 7:23 p.m. for the pickup.

11. The driver picked me up in Toyota Camry. The Toyota Camry did not look like a cab or a limo, it was just a regular car with nothing posted or displayed, either in, on or outside the car.

Page 2 –    DECLARATION OF NENA BAKER

12. The driver took me to 575 SE Pine Street, Portland, Oregon 97214 at approximately 7:34 p.m. The trip lasted approximately 10 minutes and the cost was $8.70.

13. On December 9, 2014, I again used an iPhone and the Uber application to hail an Uber driver to the location of 575 SE Pine Street, Portland, Oregon 97214 at approximately 9:24 p.m. The driver arrived at 9:32 p.m. for the pickup.

14. The driver picked me up in a Fiat 500. The Fiat 500 did not look like a cab or a limo, it was just a regular car with nothing posted or displayed, either in, on or outside the car.

15. The driver took me to 2417 NE 10th Avenue, Portland, Oregon 97212 at approximately 9:41 p.m. The trip took approximately 10 minutes and cost $7.46.

16. The driver told me that Uber was doing a promotion Friday night and gave $150 to the first driver to pick up 10 rides. The driver said it seemed like Uber liked doing promotions.

17. On December 9, 2014, I attended the Uber PDX Launch Party in Portland at 575 SE Pine Street, Portland, Oregon 97214 at approximately 7:30 p.m.

18. Attached as Exhibit "A" are receipts for rides taken on December 9, 2014.

**I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.**

DATED: December 10, 2014.

                                        *s/ Nena Baker*
                                        Nena Baker