UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

City of Portland, a municipal corporation

      Plaintiff(s),

v.

UBER TECHNOLOGIES, INC., a Delaware corporation, and RASIER, LLC, its wholly owned subsidiary,

      Defendant(s).

Civil Case No. 3:14-cv-01958-SI

APPLICATION FOR SPECIAL ADMISSION – *PRO HAC VICE*

Attorney **Harry J.F. Korrell III** requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1)   **PERSONAL DATA:**

Name: Korrell (Last Name)   Harry (First Name)   J.F. (MI)   III (Suffix)

Firm or Business Affiliation: Davis Wright Tremaine LLP

Mailing Address: 1201 Third Avenue, Suite 2200

City: Seattle   State: WA   Zip: 98101

Phone Number: 206-757-8080   Fax Number: 206-757-7080

Business E-mail Address: harrykorrell@dwt.com

(2) **BAR ADMISSIONS INFORMATION:**

    (a)    State bar admission(s), date(s) of admission, and bar ID number(s):
Washington State Bar, 11/19/1993, 23173

    (b)    Other federal court admission(s), date(s) of admission, and bar ID number(s):
USDC Eastern District Washington, 6/28/2000, Bar #23173; USDC Western District Washington, 4/02/1994, Bar #23173; District of Columbia Court of Appeals, 11/03/1995, Bar #23173; 4th Circuit Court of Appeals, 1995, Bar #23173; US Court of Appeals-9th Circuit, 6/5/2001 Bar #23173; Supreme Ct. Washington, 11/19/1993, Bar #23173; Supreme Ct. of the United States, 11/7/2005, Bar #23173; Washington DC, 1995, Bar #29180

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

    (a)    ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    (b)    ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have professional liability insurance, or financial responsibility equivalent to liability insurance, that will apply and remain in force for the duration of the case, including any appeal proceedings.

(5) **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
Uber Technologies, Inc.

Rasier, LLC

(6)   **CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

DATED this 8th day of December, 2014

_____
(Signature of Pro Hac Counsel)

Harry Korrell
(Typed Name)

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this 8th day of December, 2014

_____
(Signature of Local Counsel)

Name: Chaimov, Gregory
         (Last Name)   (First Name)   (MI)   (Suffix)

Oregon State Bar Number: 822180
Firm or Business Affiliation: Davis Wright Tremaine LLP
Mailing Address: 1300 SW Fifth Avenue, Suite 2400
City: Portland    State: OR    Zip: 97201
Phone Number: 503-778-5328    Business E-mail Address: gregorychaimov@dwt.com

## COURT ACTION

☒ Application approved subject to payment of fees.
☐ Application denied.

DATED this 16th day of December, 2014

/s/ Michael H. Simon
Judge