TRACY REEVE, Oregon State Bar ID Number 891123
City Attorney
Email:  Tracy.Reeve@portlandoregon.gov
J. SCOTT MOEDE, Oregon State Bar ID Number 934816
Chief Deputy City Attorney
Email:  Scott.Moede@portlandoregon.gov
Kenneth A. McGair, Oregon State Bar ID Number 990148
Senior Deputy City Attorney
Email:  Ken.McGair@portlandoregon.gov
Office of City Attorney
1221 SW Fourth Avenue, Room 430
Portland, OR  97204
Tele:  503-823-4047
Fax:   503-823-3089
*Of Attorneys for Plaintiff City of Portland*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **CITY OF PORTLAND,** a municipal corporation of the State of Oregon, | 3:14-cv-01958-SI |
| **PLAINTIFF,** | **STIPULATED REQUEST TO TAKE HEARING OFF CALENDAR ON PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |
| v. | |
| **UBER TECHNOLOGIES, INC.,** a Delaware corporation, and **RASIER, LLC,** its wholly owned subsidiary**,** | |
| **DEFENDANTS.** | |

Plaintiff City of Portland ("City) and defendants Uber Technologies, Inc. and Rasier, LLC ("Uber") have agreed on a process to maintain the status quo ante.

The parties anticipate that it may be possible to reach a resolution through the City's legislative and regulatory processes.

Page  1  –    STIPULATED REQUEST TO TAKE HEARING OFF CALENDAR

In order to maintain the status quo ante while the parties work toward ultimate resolution of the issues presented:

1. Uber agrees to cease operating the Uber application in the City of Portland by turning it off no later than 11:59 p.m. on Sunday, December 21, 2014.

2. Based on that, the City requests that the hearing set for Tuesday, December 23, 2014, on its Motion for a Temporary Restraining Order and Preliminary Injunction be removed from the Court calendar.

|  |  |
|---|---|
| *s/ Tracy Reeve* | *s/ Harry Korrell* |
| Tracy Reeve, OSB #891123 | Harry Korrell, WSBA #23173 |
| City Attorney | Davis Wright Tremaine LLP |
| City Attorney's Office | 1201 Third Avenue, Suite 2200 |
| 1221 SW Fourth Avenue, Room 430 | Seattle, WA  98101-3045 |
| Portland, OR  97204 | Tele:  206-757-8080 |
| Tele:  503-823-4047 |  |
| *Of Attorneys for Plaintiff* |  |
|  |  |
| Dated:  December 18, 2014 | Gregory A. Chaimov, OSB #822180 |
|  | Davis Wright Tremaine LLP |
|  | 1300 SW 5th Avenue |
|  | Portland, OR  97201-5630 |
|  | Telephone:  503-241-2300 |
|  | *Of Attorneys for Defendants* |

Page  2  –    STIPULATED REQUEST TO TAKE HEARING OFF CALENDAR