Gregory A. Chaimov, OSB #822180
gregorychaimov@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
1300 SW 5th Ave, Ste 2400
Portland, Oregon  97201-5610
Telephone:  503-778-5328
Facsimile:  503-778-5299

Harry Korrell, WSBA # 23173
harrykorrell@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
1201 3rd Ave, Ste 2200
Seattle, WA 98101
Telephone:  206-757-8080
Facsimile:  206-757-7080

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

AT PORTLAND

| | |
|---|---|
| CITY OF PORTLAND, a municipal corporation,<br><br>                Plaintiff,<br><br>    v.<br><br>UBER TECHNOLOGIES, INC., a Delaware corporation, and RASIER, LLC, its wholly owned subsidiary,<br><br>                Defendants. | Case No. 3:14-cv-01958-SI<br><br>**STIPULATED REQUEST TO POSTPONE DEADLINES** |

Plaintiff City of Portland ("City") and defendant Uber Technologies, Inc. and Rasier, LLC ("Uber") have agreed on a process to maintain the status quo ante.

The parties anticipate that it may be possible to reach a resolution through the City's legislative and regulatory processes.

In order to maintain the status quo ante while the parties work toward ultimate resolution of the issues presented:

Page 1 – STIPULATED REQUEST TO POSTPONE DEADLINES

DWT 25587093v1 0096932-000015

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon  97201-5610
(503) 241-2300 main · (503) 778-5299 fax

1. Uber has ceased operating the Uber application in the City of Portland.

2. The parties request that deadlines for actions, including responses to the Complaint and to requests for discovery, be postponed until fourteen (14) days after the submission of the joint status report due March 18, 2015.

| | |
|---|---|
| By /s/ Gregory A. Chaimov<br>Gregory A. Chaimov, OSB #822180<br>Davis Wright Tremaine LLP<br>1300 SW 5th Avenue, Suite 2400<br>Portland, OR 97291<br>Telephone:  503-241-2300<br>Email: gregorychaimov@dwt.com<br><br>Harry Korrell<br>Telephone:  206-757-8080<br>Facsimile:  206-757-7080<br>Email:  harrykorrell@dwt.com<br><br>Attorneys for Defendants<br><br>Dated:  December 29, 2014 | By /s/ Kenneth A. McGair<br>Tracy Reeve, OSB #891123<br>City Attorney<br>J. Scott Moede, OSB #934816<br>Chief Deputy City Attorney<br>Kenneth A. McGair, OSB #990148<br>Senior Deputy City Attorney<br>City Attorney's Office<br>1221 SW Fourth Avenue, Room 430<br>Portland, OR 97204<br>Email: tracy.reeve@portlandoregon.gov<br>Email:scott.moede@portlandoregon.gov<br>Email: ken.mcgair@portlandoregon.gov<br>Of Attorneys for Plaintiff<br><br>Dated:  December 29, 2014 |

Page 2 – STIPULATED REQUEST TO POSTPONE DEADLINES

DWT 25587093v1 0096932-000015

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon  97201-5610
(503) 241-2300 main · (503) 778-5299 fax