TRACY REEVE, Oregon State Bar ID Number 891123
City Attorney
Email: Tracy.Reeve@portlandoregon.gov
J. SCOTT MOEDE, Oregon State Bar ID Number 934816
Chief Deputy City Attorney
Email: Scott.Moede@portlandoregon.gov
Kenneth A. McGair, Oregon State Bar ID Number 990148
Senior Deputy City Attorney
Email: Ken.McGair@portlandoregon.gov
Office of City Attorney
1221 SW Fourth Avenue, Room 430
Portland, OR 97204
Tele: 503-823-4047
Fax: 503-823-3089
*Of Attorneys for Plaintiff City of Portland*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

**CITY OF PORTLAND,** a municipal corporation of the State of Oregon,

**PLAINTIFF,**

v.

**UBER TECHNOLOGIES, INC.,** a Delaware corporation, and **RASIER, LLC,** its wholly owned subsidiary**,**

**DEFENDANTS.**

**3:14-cv-01958-SI**

**JOINT STATUS REPORT AND STIPULATED MOTION TO POSTPONE DEADLINES**

Plaintiff City of Portland and defendants Uber Technologies, Inc. and Rasier, LLC ("Uber") submit this joint Status Report and Stipulated Motion to Postpone Deadlines.

**JOINT STATUS REPORT**

1. By Order dated entered on December 18, 2014, the parties were directed to file a Joint Status Report by March 18, 2015.

2. On December 29, 2014, the parties filed a stipulated request to postpone deadlines and represented to the Court that the parties anticipated that it may be possible to reach a resolution of this case through the City's legislative and regulatory processes.

3. The parties represented that Uber had ceased operating the Uber application in the City of Portland.

4. The parties also requested that deadlines for actions, including responses to the Complaint and responses to requests for discovery, be postponed until fourteen (14) days after the submission of the Joint Status Report due March 18, 2015.

5. Based upon that stipulation, on December 29, 2014, this Court granted the stipulated request to postpone deadlines and ordered that the deadlines for actions, including responses to the Complaint and to requests for discovery, were postponed until fourteen (14) days after the submission of the Joint Status Report due March 18, 2015.

6. Since that time, the City of Portland has assembled the Private For-Hire Transportation Innovation Task Force that has been meeting regularly for the purpose of analyzing and evaluating changes to the private for-hire portions of the City Code with an emphasis on addressing issues related to transportation network companies like defendants Uber Technologies, Inc. and Raiser, LLC.

7. The Task Force has met six times, including two community listening forums.

8. In addition, on March 12, 2015, the City Council passed an emergency ordinance adopting definitions for transportation network companies, vehicles and drivers and provisions requiring transportation network companies be validly permitted prior to operating in the City of Portland.

9. It is anticipated that interim rules will be adopted on or about April 9, 2015, and will remain in effect for 120 days. This additional time will allow the Private For-Hire

//////

Transportation Innovation Task Force to complete its work and recommend permanent Code changes to the Portland City Council.

10. It is anticipated that during this 120-day period following adoption of the interim rules, the permanent Code will be adopted by City Council.

**STIPULATED MOTION TO POSTPONE DEADLINES AND SET A FURTHER JOINT STATUS REPORT**

1. As outlined above, the parties anticipate that it may be possible to reach a permanent resolution of the issues in this case through the City's legislative and regulatory processes.

2. In order to allow the parties to work toward ultimate resolution of the issues presented, the parties request that the Court set a deadline for an additional Joint Status Report 30 days following April 9, 2015, specifically on May 8, 2015.

3. The parties request that the deadlines for actions, responses, including responses to the Complaint and to requests for discovery, be postponed until 14 days after submission of the Joint Status Report due May 8, 2015.

*s/ Tracy Reeve*
Tracy Reeve, OSB #891123
City Attorney
City Attorney's Office
1221 SW Fourth Avenue, Room 430
Portland, OR 97204
Tele: 503-823-4047
*Of Attorneys for Plaintiff*

Dated: March 17, 2015

s/ Harry Korrell
Harry Korrell, WSBA #23173
Davis Wright Tremaine LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
Tele: 206-757-8080

Gregory A. Chaimov, OSB #822180
Davis Wright Tremaine LLP
1300 SW 5th Avenue
Portland, OR 97201-5630
Telephone: 503-241-2300
*Of Attorneys for Defendants*

Dated: March 17, 2015