TRACY REEVE, Oregon State Bar ID Number 891123
City Attorney
Email:  Tracy.Reeve@portlandoregon.gov
J. SCOTT MOEDE, Oregon State Bar ID Number 934816
Chief Deputy City Attorney
Email:  Scott.Moede@portlandoregon.gov
KENNETH A. MCGAIR, Oregon State Bar ID Number 990148
Senior Deputy City Attorney
Email:  Ken.McGair@portlandoregon.gov
Office of City Attorney
1221 SW Fourth Avenue, Room 430
Portland, OR  97204
Tele:  503-823-4047
Fax:   503-823-3089
*Of Attorneys for Plaintiff City of Portland*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **CITY OF PORTLAND,** a municipal corporation of the State of Oregon, | 3:14-cv-01958-SI |
| **PLAINTIFF,** | **STIPULATED MOTION TO POSTPONE DEADLINES AND SET A FURTHER JOINT STATUS REPORT** |
| v. | |
| **UBER TECHNOLOGIES, INC.,** a Delaware corporation, and **RASIER, LLC,** its wholly owned subsidiary**,** | |
| **DEFENDANTS.** | |

In accordance with Local Rule 7-1(b), the parties, plaintiff City of Portland and defendants Uber Technologies, Inc. and Rasier, LLC ("Uber"), hereby jointly move this Court as follows:

1. The parties request that the Court Order a Joint Status Report to be filed on September 18, 2015.

2. The parties request that the deadlines for actions and responses, including responses to the Complaint and to requests for discovery, be postponed until fourteen (14) days

Page  1  –   STIPULATED MOTION TO POSTPONE DEADLINES AND SET A FURTHER
              JOINT STATUS REPORT

after the submission of a Joint Status Report due September 18, 2015.  That date is October 2, 2015.

3. The basis for this motion is that the parties anticipate that it may be possible to reach a permanent resolution of the issues in this case through the City's legislative and regulatory processes and this additional time will permit the parties to pursue that resolution as outlined in greater detail in the Joint Status Report filed contemporaneously herewith.

|  |  |
|---|---|
| *s/ Tracy Reeve* | *s/ Harry Korrell* |
| Tracy Reeve, OSB #891123 | Harry Korrell, WSBA #23173 |
| City Attorney | Davis Wright Tremaine LLP |
| City Attorney's Office | 1201 Third Avenue, Suite 2200 |
| 1221 SW Fourth Avenue, Room 430 | Seattle, WA  98101-3045 |
| Portland, OR  97204 | Tele:  206-757-8080 |
| Tele:  503-823-4047 | |
| *Of Attorneys for Plaintiff* | Gregory A. Chaimov, OSB #822180 |
| | Davis Wright Tremaine LLP |
| Dated:  May 7, 2015 | 1300 SW 5th Avenue |
| | Portland, OR  97201-5630 |
| | Telephone:  503-241-2300 |
| | *Of Attorneys for Defendants* |
| | Dated:  May 7, 2015 |