TRACY REEVE, Oregon State Bar ID Number 891123
City Attorney
Email: Tracy.Reeve@portlandoregon.gov
J. SCOTT MOEDE, Oregon State Bar ID Number 934816
Chief Deputy City Attorney
Email: Scott.Moede@portlandoregon.gov
KENNETH A. MCGAIR, Oregon State Bar ID Number 990148
Senior Deputy City Attorney
Email: Ken.McGair@portlandoregon.gov
Office of City Attorney
1221 SW Fourth Avenue, Room 430
Portland, OR  97204
Tele:  503-823-4047
Fax:   503-823-3089
*Of Attorneys for Plaintiff City of Portland*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **CITY OF PORTLAND,** a municipal corporation of the State of Oregon, | 3:14-cv-01958-SI |
| **PLAINTIFF,** | **JOINT STATUS REPORT** |
| v. | |
| **UBER TECHNOLOGIES, INC.,** a Delaware corporation, and **RASIER, LLC,** its wholly owned subsidiary, | |
| **DEFENDANTS.** | |

Pursuant to the Court's Order dated March 19, 2015, the parties, plaintiff City of Portland and defendants Uber Technologies, Inc. and Rasier, LLC ("Uber"), submit this Joint Status Report.

### JOINT STATUS REPORT

1.  By Order dated March 19, 2015, the parties were directed to file a Joint Status Report by May 8, 2015.

Page  1  –   JOINT STATUS REPORT

## BACKGROUND

2.      To briefly recap, on December 29, 2014, the parties filed a stipulated request to postpone deadlines and represented to the Court that the parties anticipated that it may be possible to reach a resolution of this case through the City's legislative and regulatory processes.

3.      The parties represented that Uber had ceased operating the Uber application in the City of Portland.

4.      The parties also requested that deadlines for actions, including responses to the Complaint and responses to requests for discovery, be postponed until fourteen (14) days after the submission of the Joint Status Report due March 18, 2015.

5.      Based upon that stipulation, on December 29, 2014, this Court granted the stipulated request to postpone deadlines and ordered that the deadlines for actions, including responses to the Complaint and to requests for discovery, were postponed until fourteen (14) days after the submission of the Joint Status Report due March 18, 2015.

6.      Since that time, the City of Portland assembled the Private For-Hire Transportation Innovation Task Force that met regularly for the purpose of analyzing and evaluating changes to the private for-hire portions of the City Code with an emphasis on addressing issues related to transportation network companies.

7.      The Task Force had numerous meetings, including community listening forums.

8.      In addition, on March 12, 2015, the City Council passed an emergency ordinance adopting definitions for transportation network companies, vehicles and drivers and provisions requiring transportation network companies be validly permitted prior to operating in the City of Portland.

9.      Thereafter, on April 21, 2015, the City Council adopted a Resolution authorizing the Director of the Bureau of Transportation to adopt interim rules for a 120-day period regarding transportation network companies.

10. The interim rules were adopted on April 23, 2015.

11. The 120-day pilot program expires on August 21, 2015.

12. Following the 120-day pilot program, the City Council will examine the results and consider, among other things, Code changes directly impacting this case that may resolve all the legal issues between the parties.

13. Accordingly, for the next 120 days or through and including August 21, 2015, the interim rules shall be in effect. Thereafter, City Council will consider whether to make permanent changes to City Code.

14. In order to allow the parties to work toward ultimate resolution of the issues presented, it is anticipated that such action would be accomplished within 30 days of the completion of the 120-day period or September 18, 2015.

15. A motion is filed contemporaneously to extend deadlines and to submit a Joint Status Report.

_____*s/ Tracy Reeve*_____
Tracy Reeve, OSB #891123
City Attorney
City Attorney's Office
1221 SW Fourth Avenue, Room 430
Portland, OR 97204
Tele: 503-823-4047
*Of Attorneys for Plaintiff*

Dated: May 7, 2015

_____*s/ Harry Korrell*_____
Harry Korrell, WSBA #23173
Davis Wright Tremaine LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
Tele: 206-757-8080

Gregory A. Chaimov, OSB #822180
Davis Wright Tremaine LLP
1300 SW 5th Avenue
Portland, OR 97201-5630
Telephone: 503-241-2300
*Of Attorneys for Defendants*

Dated: May 7, 2015

Page 3 – JOINT STATUS REPORT